FILED
DEC 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith,

    Plaintiff,

V.

    Case No: 06 2197

UNITED STATES MARSHALS SERVICE,

    Defendant,

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and respectfully moves this Honorable Court to allow the Plaintiff to submit a Complaint in the above title without requiring the Plaintiff to pay the required filing fee.

Respectfully submitted,

Date: 20-Nov-06

_____
Gary L. Smith, Pro Se

#52962-019
P.O. Box 150160
Atlanta, Georgia 30315

RECEIVED
NOV 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith,                        )
                  Plaintiff,          )
                                      )
V.                                    ) Case No:
                                      )
                                      )
UNITED STATES MARSHALS SERVICE,       )
                  Defendant.          )

### AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Gary L. Smith, affirm under penalty of perjury under the laws of the United States of America that the following is true and correct:

1) I am the Plaintiff in the above entitled action;

2) I am unable to pay the costs of these proceedings and I am entitled to relief sought in the complaint;

3) I am presently incarcerated at FCI Atlanta, in Atlanta, GA.

4) I am currently unemployed. My last employment was in June 2006, with my montly earnings less than $10.00;

-1-

06 2197

FILED
DEC 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5) I have received gifts from my family in the past twelve months, with a monthly average of less than $15.00;

6) I have an inmate savings account with less than $10.00 available balance;

7) I have no other dependants;

8) I have been unable to obtain a copy of my inmate savings account from the FBOP, I will need the Court to compel them.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 20-Nov-06    by: _____
Gary L. Smith

# 52962-019
P.O. Box 150160
Atlanta, Georgia 30315

-2-