FILED
DEC 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith,

    Plaintiff,

v.

    Case No: 06 2197

UNITED STATES MARSHALS SERVICE,
    Defendant.

## MOTION FOR DETAIL INDEXING AND ITEMIZATION PURSUANT TO VAUGHN v. ROSEN

COMES NOW, Gary L. Smith, Pro Se Plaintiff and hereby moves this Honorable Court for an order requiring the Defendant to provide within thirty (30) days to the Plaintiff a complete detail indexing and itemization of the documents sought, pursuant to the Freedom of Information Act (Title 5 U.S.C. § 552) and the Privacy Act (Title 5 U.S.C. § 552a). See Vaughn v. Rosen, 484 F2d 820 (D.C. Cir 1973), cert. denied 415 US 977 (1974).

Respectfully submitted,

Date: 20-Nov-06

Gary L. Smith, Pro Se
#52962-019
P.O. Box 150160
Atlanta, Georgia 30315

N                     3