IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith,

        Plaintiff,

V

FEDERAL BUREAU OF INVESTIGATION,
        Defendant.

Case No: 1:06-cv-2196

RECEIVED
JAN 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR SERVICE OF SUMMONS BY U.S. MARSHALS

COMES NOW, Gary L Smith, Pro Se Plaintiff, and requests this Honorable Court to direct the U.S. Marshals to perform service of summons and complaint on the Defendant, in accordance with Rule 4(c)(2) of the Fed. R. of Civ. P.

Respectfully submitted,

*[signature]*

Date: 10-Jan-07

Gary L. Smith, Pro Se

#52962-019
P.O. Box 150160
Atlanta, Georgia 30315