IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith,

        Plaintiff,

v.

        Case No: 1:06-cv-2197

U.S. MARSHALS SERVICE,

        Defendant.

## NOTICE

    On December 29, 2006, the Plaintiff received this Court's December 26, 2006 order for the production of the Plaintiff's inmate account. The Plaintiff has submitted this order to his unit team, however, they have a history of delaying fulfillment of inmate's requests.

    However, on January 2, 2006, the Plaintiff furnished a copy to this Court in Smith v FBOP (1:06-cv-1957). The Plaintiff asks the Clerk to copy from that case at bar to this instant case.

    Nevertheless, the Plaintiff will endeavor to obtain

— 1 —

the latest copy of his inmate trust account for this Court.

Date: 9-Jan-07

Respectfully submitted,

*[signature]*

Gary L. Smith, Pro Se

#52962-019
P.O. Box 150160
Atlanta, Georgia 30315

-2-