IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith,
    Plaintiff,

v.

U.S. MARSHALS SERVICE,
    Defendant.

Case No: 1:06-cv-2197

RECEIVED
JAN 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and hereby gives this Honorable Court the following notice:

- The Federal Bureau of Prisons in Atlanta, Georgia (FCI Atlanta) has been returning and/or not delivering all of the Plaintiff's mail, including various court documents, for unknown reasons.

- The Plaintiff will promptly notify this Honorable Court if and <u>when</u> his address should change.

—1—

- The Plaintiff is still located at:

    Gary L. Smith
    52962-019
    P.O. Box 150160
    Atlanta, Georgia 30315

Respectfully submitted,

Date: 10-Jan-07

*[signature]*

Gary L Smith, Pro Se

#52962-019
P.O. Box 150160
Atlanta, Georgia 30315

— 2 —

## CERTIFICATE OF SERVICE

I, Gary L. Smith, hereby certify that a true and correct copy of the foregoing Notice has been sent via First Class, postage prepaid mail using the United States Postal Service and was mailed on this 10th day of January 2007 and addressed to the following parties:

United States District Court
attn: Clerk of the Court
333 Constitution Avenue, NW
Washington, DC 20001

Southeast Regional office/FBOP
attn: General Counsel
Building 2000
3800 Camp Creek Parkway, SW
Atlanta, Georgia 30331-6226

Executed on: 10-Jan-07     by _____
                                Gary L Smith