IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary L Smith, ) | **RECEIVED** |
|         Plaintiff, ) | JUL 0 2 2007 |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| v.  ) | U.S. DISTRICT COURT |
| ) Case No: 06-2197-RWR |
| ) |
| UNITED STATES MARSHALS SERVICE, ) |
|         Defendant. ) |

<u>NOTICE OF CHANGE OF ADDRESS</u>

COMES NOW, Gary L Smith, Pro Se Plaintiff and hereby gives this Honorable Court his new address, as noted below.

Respectfully submitted,

/s/ Gary L Smith

Gary L Smith, Pro Se

Date: 26-Jun-07

#52962-019
P.O. Box 1034
Coleman, Florida 33521-1034