IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L Smith,                          )
       Plaintiff                )
                                )
V                                      ) Case No 06-2197-RWR
                                )
                                )
UNITED STATES MARSHALS SERVICE,        )
       Defendant                )

MOTION TO WITHDRAWL COURT FEES SEQUENTIALLY
FROM PLAINTIFF'S INMATE ACCOUNT

    COMES NOW, Gary L Smith, Pro Se Plaintiff, and respectfully asks this Honorable Court to compel the Federal Bureau of Prisons to withdrawl the Court fee sequentially and not simultaneously with other Federal Courts.

    The Plaintiff now has 100% of his inmate encumbered with Federal Court fees, causing a hardship on him.

**RECEIVED**
JUL 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

—1—

The Plaintiff is paying on:

1) <u>Smith v USA</u>  5:05-CV-144  M.D. Fla.
2) <u>Smith v USA</u>  05-16606-A  C.A. 11
3) <u>Smith v USA (FBOP)</u>  1:06-CV-1957  D.C.
4) <u>Smith v FBOP</u>  1:06-CV-1797  DC
5) This instant case at bar.

The Appeals Court for this Court ruled in <u>Tucker v Branker</u>, 330 USAppDC 67, 142 F3d 1294 (98 App DC) that the twenty percent (20%) should be on a per inmate and not a per case basis. This sentiment was echoed in <u>Lafauci v Cunnigham</u> (2001 DC Mass) 139 F.Supp2d 144, stating that Court fees should be sequential and not simutaneous.

Respectfully submitted,

Date: 26-Jn-07

Gary L Smith, Pro Se
52962-019
PO Box 1034
Coleman, Florida 33521-1034

- 2 -