UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case Number: 06-2197 (RWR) |
| ) | |
| UNITED STATES MARSHALS SERVICE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT**

Federal Defendant, the United States Marshals Service ("USMS") hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an enlargement of time of two days, to file a response to Plaintiff's Complaint, up to and including July 27, 2007. Since the *pro se* plaintiff is incarcerated, it is impracticable for the undersigned counsel to confer with him about this Motion.[1] *See* Compl. caption. The grounds for this request are as follows:

1. A response to the Complaint is currently due on July 25, 2007.

2. A dispositive motion has been substantially completed. However, a consultation with agency counsel regarding the filing was unable to be completed on July 25, 2007, in time for incorporation into a final product.

3. Counsel will need an additional two business days to circulate the brief for final comment and approval. The additional time requested will provide the

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel" and any non-incarcerated parties appearing *pro se.* It does not require counsel to discuss those motions with incarcerated *pro se* parties. This is consistent with Local Civil Rule 16.3(a), which excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

undersigned counsel with the opportunity to confer with agency counsel and finalize a response for filing on Friday July 27, 2007.

4. This extension is sought in good faith.

Accordingly, Defendant respectfully requests that the Motion be granted. A proposed order is attached.

Respectfully submitted,

    Jeffrey Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    s/Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0895

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of July 2007, a true and correct copy of the foregoing motion and proposed order were served via First Class prepaid postage as follows:

GARY LEE SMITH
Register No. 52962-019
USP Coleman II
U.S. Penitentiary
P.O. Box 1034
Coleman, FL 33521

                                                    /s Sherease Louis
                                        SHEREASE LOUIS
                                        Special Assistant United States Attorney
                                        United States Attorney's Office
                                        Civil Division
                                        555 4th Street, N.W.,
                                        Washington, D.C. 20530
                                        (202) 307-0895