UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case Number: 06-2197 (RWR) |
| ) | |
| UNITED STATES MARSHALS SERVICE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT TO PROCEED BEFORE A UNITED STATES
MAGISTRATE JUDGE FOR ALL PURPOSES**

In accordance with the provisions of 28 U.S.C. §636(c)(3), Defendant hereby voluntarily waives the right to proceed before a District Judge of the United States District Court and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial.

Because Plaintiff is a prisoner, appearing here *pro se*, it is impracticable for the undersigned to contact him regarding this consent. Accordingly, the signed consent form has been mailed to Plaintiff herewith. If Plaintiff consents to proceed before a magistrate judge,

Plaintiff is requested to sign the consent form and return it to the undersigned counsel, who will file it with the Court upon receipt thereof.

                              Respectfully submitted,

                                  Jeffrey A. Taylor
                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                            United States Attorney

                                Rudolph Contreras
                            RUDOLPH CONTRERAS, D.C. BAR # 434122
                            Assistant United States Attorney

                               s/Sherease Louis
                            SHEREASE LOUIS
                            Special Assistant United States Attorney
                            United States Attorney's Office
                            555 4th Street, N.W.
                            Washington, D.C. 20530
                            202-307-0895/ FAX 202-514-8780

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY SMITH, )<br>)<br>      Plaintiff, )<br>v.                                                          )<br>)<br>UNITED STATES MARSHALS SERVICE, )<br>)<br>      Defendant. ) | Case Number: 06-2197 (RWR) |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of August 2007, I caused a true and correct copy of the foregoing to be served upon *pro se* Plaintiff Gary Smith, by placing a copy in the United States mail, via First Class prepaid postage, addressed as follows:

**Gary L. Smith**
**R52962-019**
**Coleman United States Penitentiary**
**P.O. Box 1034**
**Coleman, Fl 33521**

　　　　　　　　　　　　　　　　　　　　　　　　／s Sherease Louis
　　　　　　　　　　　　　　　　　　　　　　　　SHEREASE LOUIS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY SMITH, )<br>)<br>      Plaintiff, )<br>v. )<br>)<br>UNITED STATES MARSHALS SERVICE, )<br>)<br>      Defendant. ) | Case Number: 06-2197 (RWR) |

**ORDER**

Upon consideration of the Parties' mutual consent, it is this _____ day of

_____, 2007,

ORDERED that the foregoing matter shall be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c)(3) and the foregoing consent of the parties.

_____
Richard W. Roberts
United States District Court Judge