IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gary L. Smith,                    )
        Plaintiff,          )
                            )
v                                 )  Case No: 1:06-cv-2197
                            )
                            )
UNITED STATES MARSHAL SERVICE,    )
        Defendant.          )

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, Gary L. Smith, Pro Se Plaintiff and hereby gives this Honorable Court of his current address, noted below.

Respectfully submitted,

*/s/ Gary L. Smith/*

Date: 6-Aug-07

Gary L. Smith, Pro Se
#52962-019
P.O. Box 1034
Coleman, Florida 33521-1034

17