IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L Smith,                                    )

                    Plaintiff,         )

                                )

**RECEIVED**

AUG 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v                                                ) Case No: 1:06-CV-2197 RWR

                                )

                                )

UNITED STATES MARSHALS SERVICE, )
                    Defendant,  )

## MOTION FOR JUDICIAL NOTICE

COMES NOW, Gary L Smith, Pro Se Plaintiff, and hereby requests this Honorable Court to take Judicial Notice, pursuant to the Federal Rules of Evidence, Rule 201(d) of the attached Affidavit of Adrianne Jones.

Respectfully submitted,

Date: 6-Aug-07

_____

Gary L Smith, Pro Se
# 52962-019
P.O. Box 1034
Coleman, Florida 33521-1034

## CERTIFICATE OF SERVICE

I, Gary L Smith, hereby certify that a true and correct copy of the following:

- Notice of Change of Address
- Motion for Judicial Notice

has been sent via First Class, Postage Pre Paid mail using the United States Postal Service on this 6th day of August 2007 and addressed to the following parties:

United States District Court
attn: clerk of the Court
333 Constitution Avenue, NW
Washington DC 20001


Sherease Louis
Special Assistant United States Attorney
555 Fourth Street, N.W.
Room E4220
Washington, DC 20530

Executed on: 6-Aug-07          by: _____

Gary L Smith

# A F F I D A V I T

I, Adrianne Jones, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1) Agent Cameron Roe interviewed me and my parents, Steve and Michelle Jones, at the end of January of 2002, in Athens, Georgia.

2) During this interview, I was shown a series of photographs of a young woman in various stages of undress.

3) I confirmed to Agent Roe that the photographs were not of myself.

4) I identified this young woman as Anna Redo, from Chicago, Illinois.

5) The statement made by Agent Roe (Exhibit #1, Item #17 from Agent Roe's affidavit sworn on April 18, 2002), is false. Agent Roe knew, as a result of the interview involving myself, that the photographs were not of me.

6) Gary Smith's attorney, John Woodard, never contacted me to discuss the possibility of me testifying on Mr. Smith's behalf.

7) Eva Stencil presented herself as a mother of a young woman interested in modeling with Mr. Smith. During this meeting, Ms. Stencil asked Mr. Smith if he would photograph her underage daughter nude if she asked. Mr. Smith told Eva Stencil that if that is what she wanted, she had chosen the wrong photographer.

8) In a personal letter (Exhibit #2), I stated to Gary Smith:

"I am absolutly, horrified and speachless about the Quote and statements said or typed in the affidavit!

You need to tell those people they have lost their mind! and make up too much bull shit

You have NEVER EVER TAKEN ANY PIX OF ME OR ANY NUDE OR EXPLIT FASHION – WHERE IS THEIR PROOF! GRRRR!

Damn, I am so tied of this on going shit. I will tell the world, even take a polygraph test to testify, you have never taken any.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: Jan 19, 2006                    By: Adrianne Jones
                                          Adrianne Jones

to be executed at the defendant's residence, located at 2919 West Balmoral, Chicago, Illinois, resulting in the seizure of twelve (12) computers. A subsequent forensic examination of the computers revealed several images of child erotica and child pornography. The examination also revealed that SMITH maintained cataloged files of all of his models, including their biographical information.

17. Some of the images described above were titled "adrianne14" and depicted what appeared to be photographs of a fully clothed young girl. However, additional photographs in this same series depicted the same young girl, naked and engaged in acts of self masturbation. FBI subsequently made a positive identification of the young girl and determined that she is fourteen (14) years of age and lives in Carnesville, Georgia. Agents also located a series of images of "Adrianne" on SMITH'S website, described in paragraph 15, above.

18. On December 11, 2001, the Georgia Bureau of Investigations (GBI) reported that it had received a tip that SMITH, a registered sex offender, runs a website called Photostudio17.com. According to the GBI, SMITH solicits photographs of girls to upload to the website.

19. On February 18, 2002, a reporting party contacted the National Center for Missing and Exploited Children and reported that SMITH has a "golden collection" which the reporting party has not seen. According to the reporting party, SMITH advised that he

000433

Really does love me.
But I'm waiting for some-
thing else. hmmm.
But I'm doing some work
in chicago this month
get paid only $100 now though.

Anyway, my mom absolutely
hates you and requested
I stop speaking to you.

I am absolutly, horrified,
and speechless about the quote,
and statements said or
typed in the affidavit.

You need to tell those people,
they have lost their mind?
and make up too much bull
shit.

You have NEVER EVER, TAKEN
ANY PIX OF ME IN ANY NUDE,
OR EXPLICIT FASHION- WHERE IS THEIR
PROOF! Grrrr!

Damn, I am so tired of this
on going shit. I will tell
the world, even take a polygraph
test to testify, you have never
taken any.