**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GARY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **Case Number: 06-2197 (RWR)** |
| | ) | |
| UNITED STATES MARSHALS SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT TO PROCEED BEFORE**
**A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES**

In accordance with the provisions of 28 U.S.C. § 636(C)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial

_Sherene Pratt_
Attorney for the ~~Plaintiff~~ Defendant

_September 28, 2007_
Date

_____
Attorney for the ~~Defendant~~ Plaintiff   PRO SE

_5-Sept-07_
Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(C)(3) and the foregoing consent of the parties.

_____
United States District Judge

_10-3-07_
Date

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99