IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith,
    Plaintiff,

v.

UNITED STATES MARSHALS SERVICE,
    Defendant.

Case No.: 1:06-cv-2197

RECEIVED
NOV - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and respectfully submits this Notice to this Honorable Court of a Change of Address for the Plaintiff.

On September 13, 2007, the Federal Bureau of Prisons transferred the Plaintiff from USP Coleman II, Florida to FCI Memphis, Tennessee. The Plaintiff arrived in FCI Memphis on October 22, 2007. During the transfer, the Plaintiff was unable to send and/or receive any mail.

The Plaintiff's new address is: Gary L. Smith
             #52962-019
             P.O. Box 34550
             Memphis, Tennessee 38184-0550

Respectfully submitted,

Date: 26-Oct-07

_____
Gary L. Smith, Pro Se
#52962-019
P.O. Box 34550
Memphis, Tennessee  38184-0550