UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY SMITH,                                    )
                                               )
            Plaintiff,                         )
                                               )
v.                                             )    Case Number: 06-2197 (RWR)
                                               )
UNITED STATES MARSHALS SERVICE,                )
                                               )
            Defendant.                         )

CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(C)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial

_Sherene Pratt_                               _September 28, 2007_
Attorney for the ~~Plaintiff~~ Defendant         Date

_[signature]_                                 _5-Sept-07_
Attorney for the ~~Defendant~~ Plaintiff PRO SE   Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(C)(3) and the foregoing consent of the parties.

_[signature]_                                 _10-3-07_
United States District Judge                   Date

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE
        CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99