UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY L. SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES MARSHALS )<br>SERVICE, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-2197 (DAR) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendant hereby moves, pursuant to Federal Rule of Civil Procedure 6(b), for an enlargement of time to January 14, 2008 to file its reply brief in support of its motion to dismiss or, in the alternative, for summary judgment. Because Plaintiff is incarcerated and pro se, it is unnecessary for the undersigned counsel to confer with him about this motion. See LCvR 7(m). The grounds for this motion are as follows:

1. On November 13, 2007, the Court issued an Order providing (1) Plaintiff until December 14, 2007 to file his opposition to Defendant's motion to dismiss or, in the alternative, for summary judgment; and (2) Defendant until December 27, 2007 to file its reply brief.

2. The undersigned counsel first received notice that Plaintiff had filed his opposition brief today, December 28, 2007, when the Court entered the brief on its electronic docket. Although Plaintiff's opposition brief contains a Certificate of Service stating that Plaintiff mailed the brief to the undersigned counsel on December 13, 2007, to date, the undersigned counsel has not received that mailing.

3. Since December 14, 2007, the day Plaintiff's opposition brief was due, the

undersigned counsel has regularly checked his mail and the Court's electronic docket to see whether Plaintiff had filed the brief. Most recently, the undersigned counsel checked his mail and the Court's electronic docket yesterday, and as of yesterday, there was no indication that Plaintiff had filed his opposition brief.

4. The undersigned counsel will need to confer with agency counsel in drafting Defendant's reply brief, and has been unable to reach agency counsel today and anticipates having difficulty doing so until after the first of the new year.

5. This extension is sought in good faith and not for purposes of delay.

Accordingly, Defendant respectfully requests that this Motion for an Enlargement of Time be granted. A proposed order is attached hereto.

                                            Respectfully submitted,

                                            /s/
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney

                                            /s/
                                            RUDOLPH CONTRERAS, D.C. BAR #  434122
                                            Assistant United States Attorney

                                            /s/
                                            CHRISTOPHER B. HARWOOD
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            Civil Division
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of December, 2007, a true and correct copy of the foregoing motion and the proposed order were served via first class prepaid postage as follows:

**Gary L. Smith**
#52962-019
P.O. Box 34550
Memphis, Tennessee 38184

                                                                         /s/
                                                 CHRISTOPHER B. HARWOOD
                                                 Assistant United States Attorney
                                                 United States Attorney's Office
                                                 Civil Division
                                                 555 4th Street, N.W.,
                                                 Washington, D.C. 20530
                                                 (202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY L. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2197 (DAR) |
| ) | |
| UNITED STATES MARSHALS ) | |
| SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS OR,
IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Having considered Defendant's Motion for an Enlargement of Time to File its Reply Brief in Support of its Motion to Dismiss or, in the Alternative, for Summary Judgment ("Defendant's Motion"), and the entire record herein, it is, this _____ day of

_____, 200____,

ORDERED that Defendant's Motion be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendant must serve its reply brief by January 14, 2008.

_____
United States Magistrate Judge

Copy to:

**ECF Counsel**

**Gary L. Smith**
#52962-019
P.O. Box 34550
Memphis, Tennessee 38184