UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY SMITH, | ) |
|     Plaintiff, | ) ) ) |
|         v. | )   Civil Action 06-2197 (DAR) |
| UNITED STATES MARSHALS SERVICE, | ) ) ) |
|     Defendant. | ) ) |

## NOTICE OF CLARIFICATION

When an agency fails to respond to a Freedom of Information Act ("FOIA") request within twenty days of receiving the request, the requester is deemed to have constructively exhausted his administrative remedies and can seek immediate judicial review. See 5 U.S.C. § 552(a)(6)(A), (C); Nurse v. Sec'y of the Air Force, 231 F. Supp. 2d 323, 328 (D.D.C. 2002) ("The FOIA is considered a unique statute because it recognizes a constructive exhaustion doctrine for purposes of judicial review upon the expiration of certain relevant FOIA deadlines."). In its opening brief, which was filed before the undersigned Assistant United States Attorney (the "undersigned AUSA") assumed responsibility over this action,[1] Defendant argued that Plaintiff could not avail himself of the doctrine of constructive exhaustion because, inter alia, Defendant responded to his initial FOIA request within five days of receiving it by notifying him that it had "commenced a search for documents responsive to [his] request and [would] contact [him] when [its] processing [was] complete." (See Def.'s Opening Br. at 11-12; Ex. B to Def.'s Opening Br.) The undersigned AUSA did not advance this argument in Defendant's reply

---

[1] The undersigned AUSA joined the United States Attorney's Office and assumed responsibility over this action just a few weeks before filing Defendant's reply brief.

brief, but did not formally withdraw it either. In preparing for the upcoming motions hearing currently scheduled for March 11, 2008, the undersigned AUSA realized that there might be some confusion over whether Defendant is still pressing the above argument. Thus, to eliminate any confusion, Defendant, through the undersigned AUSA, is now formally withdrawing its argument that Plaintiff cannot avail himself of the doctrine of constructive exhaustion because Defendant proffered the above response to his initial FOIA request within twenty days of receiving it.

Nevertheless, Defendant continues to believe that the filing of this lawsuit was premature. The modest delay in processing Plaintiff's initial FOIA request[2] was due at least in part to Plaintiff's failure to provide a "reasonabl[e] descri[ption]" of the documents he was seeking. 5 U.S.C. § 552(a)(3)(A). (See Def.'s Opening Br. at 12-13 (observing that Plaintiff had provided an invalid seizure number in connection with his request for "property seized" from him); Ex. A to Def.'s Opening Br. (Plaintiff's initial FOIA request).) However, as Defendant explained in its reply brief, this Court need not address whether the filing of this lawsuit was premature because Defendant plainly provided an adequate response to the two FOIA requests at issue. (See Def.'s Reply Br. at 1, 4-7.) Because Defendant responded adequately to Plaintiff's FOIA requests, Plaintiff's Complaint should be dismissed. (See id.)

Dated: March 5, 2008                    Respectfully submitted,

 

                                                  /s/
                                  JEFFREY A. TAYLOR, D.C. BAR #498610
                                  United States Attorney

---

[2] Defendant received the request on October 12, 2006, and mailed its substantive response to Plaintiff on November 20, 2006. (See Def.'s Reply Br. at 2.)

        /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

        /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 307-0372
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov

**Of Counsel:**

William E. Bordley, Esq.
Associate General Counsel
United States Marshals Service
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 5, 2008, I caused a copy of the foregoing to be served via first class prepaid postage as follows:

Gary L. Smith
#52962-019
P.O. Box 34550
Memphis, Tennessee 38184

                                              /s/
                                  Christopher B. Harwood